AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
JAMES BONINI
CLERK

2012 APR 13 PM 3:38

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)
USPS Express Mail parcel EI094659616US )
addressed to Emily Geiger, 1030 Barnett Rd., )
Columbus, OH 43227; bearing the return )
address of Matrix Intl., 4235 Power Inn Rd., )
Ste F, Sacramento, CA 95826. )

Case No. 2:12mj152

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Southern__ District of __Ohio__
*(identify the person or describe the property to be searched and give its location):*

USPS Express Mail parcel EI094659616US addressed to Emily Geiger, 1030 Barnett Rd., Columbus, OH 43227; bearing the return address of Matrix Intl., 4235 Power Inn Rd., Ste F, Sacramento, CA 95826. The parcel is a 20"x 20"x 20" brown cardboard box, weighing 26.5 pounds; mailed on February 28, 2012, from Sacramento, CA 95824, with $141.40 postage affixed. The parcel is presently located at 850 Twin Rivers Dr., Columbus, OH 43216.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

A quantity of controlled dangerous substance which is contraband, in violation of Title 21, United States Code, Section 841(a)(1), Distribution of Controlled Substances, and Title 21, United States Code, Section 843(b), Unlawful Use of Communication Facility (U.S. Mail)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

__a U.S. Magistrate/Judge__ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __March 1, 2012__

Judge's signature

City and state: __Columbus, Ohio__   Elizabeth A. Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 2:12-mj-152 | Date and time warrant executed: 3/1/12  3:56PM | Copy of warrant and inventory left with: Postmaster |
| Inventory made in the presence of: Dan Johnson | | |
| Inventory of the property taken and name of any person(s) seized: | | |
| 17.4 pounds of marijuana | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/13/12

_Executing officer's signature_

D.T. Simmons, Postal Inspector
_Printed name and title_